*The Trustees of the Leake and Watts Orphan House in the City of New-York* v. *Augustine N. Lawrence et al.* G. WOOD, and D. LORD, JUN., for complainants; G. CLARK and G. GRIFFIN, for defendants. Decided that a judgment recovered against a surviving copartner, in a suit to which the representatives of the deceased copartner were not parties, is not evidence against such representatives, of the indebtedness of the decedent. *Judgment against a surviving copartner, not evidence against representatives of deceased partner.*

In this case the question arose whether a creditor of a copartnership firm, one member of which has died, can file a bill in chancery against the representatives of the decedent and the surviving members of the firm, for payment, without averring in the bill that such surviving members are insolvent. The chancellor decided that, as the remedy at law survives, the creditor is bound to resort to his legal remedy *Suits against representatives of a deceased copartner.*

3

against the surviving debtors; unless he can show some ground of necessity for coming into this court for relief against the estate of the deceased debtor. And that the esate of the deceased copartner, in the hands of his personal representatives, cannot be reached by a suit in this court, unless the complainant's bill states a sufficient excuse for not proceeding at law against the surviving debtors to obtain payment.

Decree appealed from affirmed with costs, and with interest on the amount, by way of damages.